NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MASTEROBJECTS, INC.,**

*Plaintiff-Appellant*

**v.**

**AMAZON.COM, INC.,**

*Defendant-Appellee*

---

2023-1066

---

Appeal from the United States District Court for the Northern District of California in No. 3:20-cv-08103-WHA, Judge William H. Alsup.

---

### **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P.  42 (b).

2                              MASTEROBJECTS, INC. V. AMAZON.COM, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

December 19, 2022
        Date                        /s/ Peter R. Marksteiner
                                    Peter R. Marksteiner
                                    Clerk of Court

**ISSUED AS A MANDATE:** December 19, 2022